## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Civil Action No. 1:20-cv-01658-RM-KLM

CRAIG BOUNDY,
EXPERIAN INFORMATION SOLUTIONS, INC.,
JENNIFER SUN, and
JONES DAY,

      Petitioners,

v.

BRIAN EDMOND BATH a/k/a Brian William Wallace,

      Respondent.

---

## ORDER TO SHOW CAUSE RE SPURIOUS LIEN
## PURSUANT TO COLO. REV. STAT. § 38-35-204

---

      This matter is before the Court on Petitioners' verified petition (ECF No. 1). Having considered the petition, and good cause appearing therefor, it is hereby ORDERED that the petition is GRANTED.

      It is further ORDERED, pursuant to Colo. Rev. Stat. § 38-35-204(1)(a), (b), and (c), as follows:

      (1)    Respondent shall appear before this Court on July 22, 2020, at 1:30 p.m., via VIDEO TELECONFERENCE ("VTC") before Judge Raymond P. Moore; the parties are directed to contact the Court's Courtroom Deputy via email (Cathy_Pearson@cod.uscourts.gov) on or before 5:00 p.m., July 20, 2020, for instructions on how to proceed with the VTC; and any other individual wishing to attend the hearing may monitor via the public access line and is

directed to call the Court's conference line as a participant (888.636.3807), Access Code 4296144#, five minutes before the scheduled time;

(2) At the hearing, Respondent shall show cause (a) why the Lien Documents (as defined in the petition) should not be declared invalid and released, and ordered to be removed from the public records; (b) why Respondent should not be enjoined from filing additional liens against Petitioners; and (c) why such other relief provided for by § 38-35-204 should not be granted;

(3) If Respondent fails to appear at the VTC at the time specified above, the spurious Lien Documents will be declared invalid, released, and ordered removed from the public records, and Respondent shall be enjoined from filing additional liens against Petitioners; and

(4) The Court shall award costs, including reasonable attorney fees, to the prevailing party, as authorized and provided for under § 38-35-204(2).

DATED this 2nd day of July, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge