**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-01658-RM-KLM

CRAIG BOUNDY,
EXPERIAN INFORMATION SOLUTIONS, INC.,
JENNIFER SUN, and
JONES DAY,

      Petitioners,

v.

BRIAN EDMOND BATH a/k/a Brian William Wallace,

      Respondent.

---

## ORDER

---

      On August 11, 2020 the Court issued an order awarding Petitioners their costs and reasonable attorney fees incurred in connection with the spurious liens and documents in this case and directed Petitioners to submit a declaration establishing the amount of such costs and fees. (ECF No. 16.) Petitioners then filed a declaration seeking $58,414.00 in attorney fees and $1,630.60 in costs. (ECF No. 17.) Respondent has not responded to the request. Upon review of Petitioners' declaration, the Court grants Petitioners' request and awards the amounts requested for a total monetary judgment of $60,044.60.

      Having already ruled that Petitioners are entitled to their costs and fees, the Court assesses here only the reasonableness of the amount requested. The Court begins by calculating the lodestar amount of the fee, which is determined by multiplying the number of hours reasonably expended by a reasonable hourly rate. *See Robinson v. City of Edmond*, 160 F.3d

1275, 1281 (10th Cir. 1998).  Although Respondent does not challenge these factors, the Court makes an independent assessment of these factors in the exercise of its discretion to determine the amount of fees to be awarded.

Petitioners contend that they reasonably expended 101.1 hours on this matter performing tasks such as researching the procedures for expunging liens in Colorado, preparing their successful verified petition for order to show cause pursuant to Colo. Rev. Stat. § 38-35-204, locating and attempting to serve Respondent, preparing for and attending the show cause hearing held on July 22, 2020, drafting the Court's findings and conclusions, and recording the order and decree.  The Court agrees that 101.1 hours were reasonably expended on these matters.

Petitioners also contend that they are seeking fees at hourly rates that are reasonable and comparable to rates charged by attorneys with similar experience.  The Court agrees based on its general experience as well as its familiarity with the proceedings in this case.

Petitioners seek costs that include filing fees, process service fees, and reporter fees.  The Court finds these amounts are reasonable also.

Therefore, it is ORDERED that Petitioners are awarded a total monetary judgment of $60,044.60 against Respondent.

DATED this 19th day of October, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge